I'll let it hang. Just a minute. Let me... Wait, wait, wait, wait. Oh, you're...  What's the matter with them? The Muslim Brother around here? Lest they talk to you about the Muslims, We don't know themithat! Recognising that I know you.  No. Our Brother will not talk about that. Well, if it were not an accident, then you would invilt the blemish and disadvantaged my brother. Yes indeed!  No, let me... Does not bother me in the least. Does not bother me. You speak... you speak good, you know... you speak good, then I will come.   It's not because I don't speak I have my own left ear, both of them know that want to know. They know the secunity. the Sun... you see, you see... I speak every day... I see everything... I should speak... you should know... you should know that you've drank... you should have seen... everything you must have done... do you understand? You should understand... you should know everything... do you understand? Then that's enough. The other... other thing... that's enough. It came off. That's enough... not mine, not your... that's my grave. That's enough. Come on... come on... That's enough. Yourということ... you should know... you should know the truth... you know that. That right there... that's your grave... that's my grave. That's good... that's good for you that. Let's make a engraving. That's enough. That's enough... That's enough. That's enough. OK? That's enough for you. That's enough. That's enough. required many patients... you know that. I don't know and... that's your grave. We are not an Asian group or a British group. or any other type then, it might be worse. Are you busy today? Are you busy today? No. I got anyway. You can keep going if you want. I have one more question for you. I don't know if you know about ecological forests. You're probably in a better position to say this after. No. OK. Next. Go on, Chef. Perfect. Excellent information. And then, listen to what your opener will say. OK. Do you want to say something? R granny, do you want to say something? R opener, everybody at the table is getting quite good at momos. OK, Chef, yeah. Excuse me, opener, how could I help you, Chef, I might not I don't think I understand the recipe. Richard, are all the ingredients to open with or are they allед They're in기 тоis the last one, this, this, this. OK. That's actually a trick question for you. And I can't tell you I can't team up with武 treal so we'll keep talking, over鳶 here calling the Look, look. I was really nervous when he said finally, I don't know that Ii've met him before.  get a good you know, it's good where it is first Would you promise me you will tell your wife that you've met them? Don't get NYU come on in hereols . How long have you met everybody here when you were supposed to? You were supposed to meet all the 5 girls when you were under the influence of that .  all the 5 girls   .